UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20074-CR-UNGARO

UNITED STATES OF AMERICA

v.

HARRY RICHARD,
MANOHA PIERRE &
JACKSON VITAL,

    Defendants.
_____/

<u>ORDER ON MOTION TO SEVER</u>

THIS CAUSE is before the Court on Defendant Vital's Motion to Sever. (D.E. 48.)

THE COURT has reviewed the motion and the pertinent portions of the record and is otherwise fully advised of the premises.

This motion was referred to Magistrate Judge Edwin G. Torres, who recommends that the motion be granted in part in light of the Government's unopposed supplemental response to the motion. (D.E. 85.) Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation (D.E. 85) is RATIFIED, ADOPTED, and AFFIRMED as follows:

1. The case against Defendant HARRY RICHARD will proceed separately and will proceed as scheduled on Monday, May 7, 2012, at 9:00 A.M.

2. The case against Defendants MANOHA PIERRA and JACKSON VITAL will proceed immediately after the jury retires to its deliberations as to Defendant Richard.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of April, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record